UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

CASE NO. 3:20-cv-818-J-32JRK

DAVID POSCHMANN,

    Plaintiff,

v.

HAMMOCK BEACH ACQUISITION GROUP, LLC,

    Defendant.
_____/

## NOTICE OF SETTLEMENT

Plaintiff, by and through his undersigned counsel, hereby informs the Court that this matter has been resolved.

Dated: September 16, 2020

                                              s/Drew M. Levitt
                                              Drew M. Levitt
                                              Florida Bar No. 782246
                                              drewmlevitt@gmail.com
                                              Lee D. Sarkin, Esq.
                                              Florida Bar No. 962848
                                              Lsarkin@aol.com
                                              4700 N.W. Boca Raton Boulevard
                                              Suite 302
                                              Boca Raton, Florida 33431
                                              Telephone (561) 994-6922
                                              Attorneys for Plaintiff

## **CERTIFICATE OF SERVICE**

      I hereby certify that on September 16, 2020, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the forgoing document is being served this day on all counsel of record or pro se parties identified on the attached Service List in the manner specified, either via transmission of Notice of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically, Notices of Electronic Filing.

                                                  s/Drew M. Levitt
                                                  DREW M. LEVITT, ESQ.

## **SERVICE LIST**

Monica Willams Harris, Esq.
monica.harris@jacksonlewis.com
JACKSON LEWIS, P.C.
100 South Ashley Drive, Suite 2200
Tampa, Florida 33602
Telephone (813) 512-3210
Attorneys for Defendant
Via CM/ECF