UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

CASE NO. 3:20-cv-818-J-32JRK

DAVID POSCHMANN,

            Plaintiff,

v.

HAMMOCK BEACH ACQUISITION
GROUP, LLC,

            Defendant.

_____/

## STIPULATION OF DISMISSAL WITH PREJUDICE

The parties stipulate and agree that this action is dismissed with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), with each side to bear his/its own fees and costs except as otherwise agreed.

Dated: October 30, 2020

s/Drew M. Levitt
Drew M. Levitt
Florida Bar No. 782246
drewmlevitt@gmail.com
Lee D. Sarkin
Florida Bar No. 962848
lsarkin@aol.com
4700 N.W. Boca Raton Boulevard
Suite 302
Boca Raton, Florida 33431
Telephone (561) 994-6922
Attorneys for Plaintiff

s/Monica Williams Harris
Monica Williams Harris
Florida Bar No. 0566780
monica.harris@jacksonlewis.com
JACKSON LEWIS, P.C.
100 South Ashley Drive, Suite 2200
Tampa, Florida 33602
Telephone (813) 512-3210
Attorneys for Defendant