UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

DAVID POSCHMANN,

    Plaintiff,

v.                           Case No. 3:20-cv-818-J-32JRK

HAMMOCK BEACH
ACQUISITION GROUP, LLC,

    Defendant.

## O R D E R

Upon review of the parties' Stipulation of Dismissal With Prejudice (Doc. 12), filed on October 30, 2020, this case is dismissed with prejudice. Each party shall bear its own attorneys' fees and costs. The Clerk should close the file.

**DONE AND ORDERED** in Jacksonville, Florida this 2nd day of November, 2020.



TIMOTHY J. CORRIGAN
United States District Judge

tnm
Copies:

Counsel of record